**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 99-6599**

───────────────

JOHNNIE PETTAWAY,

                                    Petitioner - Appellant,

    versus

RONALD ANGELONE, Director, Virginia Department
of Corrections,

                                    Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CA-99-52-AM)

───────────────

Submitted:  August 19, 1999         Decided:  August 26, 1999

───────────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

───────────────

Dismissed by unpublished per curiam opinion.

───────────────

Johnnie Pettaway, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Johnnie Pettaway appeals the district courts order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Pettaway v. Angelone, No. CA-99-52-AM (E.D. Va. Apr. 7, 1999).* We further deny Pettaway's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on April 2, 1999, the district court's records show that it was entered on the docket sheet on April 7, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).